

David E. Rice
U. S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **18–11056 – DER**   Chapter: **7**

**Rosetta D. Jeje**
Debtor

## ORDER ON APPLICATION TO PAY IN INSTALLMENTS
## AND DIRECTING DEBTOR TO PAY FILING FEE

IT IS ORDERED that the debtor shall pay the filing fee in installments according to the following schedule. Payments can be made earlier than the schedule, however, the full amount of the filing fee must be paid by no later than April 25, 2018 or the case may be dismissed without further notice. If the initial installment was not made at the time of filing the petition, the debtor has fourteen (14) days from the entry of this order to make that first payment.

|  | At filing | By 2/26/18 | By 3/26/18 | By 4/25/18 |
|---|---|---|---|---|
| **Amount of Installment Chapter 7** | $85.00 | $85.00 | $85.00 | $80.00 |

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not make further payments to an attorney or any other person for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

**NOTE:** Pursuant to Local Bankruptcy Rule 1006–1(a), the Clerk will only accept payment from the debtor in the form of cash, cashier's check, certified check, negotiable money order, or a check drawn on the account of debtor's attorney of record. Payments should be made payable to Clerk, U.S. Bankruptcy Court.

cc:   Debtor
      Attorney for Debtor – Jeffrey P. Nesson
      Case Trustee – Marc H. Baer
      U.S. Trustee

## End of Order

23x10 (rev. 12/08/2017) – mrybczynski